**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  Sanchez, Marie Del Carmen                      §   Case No. 17-15422
                                                        §
                                                        §
                                                        §
                                                        §
                         Debtor(s)

_____

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/18/2017. The undersigned trustee was appointed on 05/18/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                     $             9,000.00

            Funds were disbursed in the following amounts:

            Payments made under an
               interim distribution                                            0.00
            Administrative expenses                                            2.13
            Bank service fees                                                 48.72
            Other payments to creditors                                       0.00
            Non-estate funds paid to 3rd Parties                              0.00
            Exemptions paid to the debtor                                     0.00
            Other payments to the debtor                                      0.00

            Leaving a balance on hand of[1]           $             8,949.15

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/16/2018 and the deadline for filing governmental claims was 11/14/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,385.37. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,385.37, for a total compensation of $1,385.37[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/16/2018            By: /s/ Norman B. Newman
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

## Form 1

### Individual Estate Property Record and Report

#### Asset Cases

Exhibit A

Page: 1

**Case No.:**   17-15422

**Case Name:**   Sanchez, Marie Del Carmen

**For Period Ending:**   03/16/2018

**Trustee Name:**   (330270) Norman B. Newman

**Date Filed (f) or Converted (c):**   05/18/2017 (f)

**§ 341(a) Meeting Date:**   06/15/2017

**Claims Bar Date:**   02/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE (u) | 170,666.00 | 66,000.00 | | 9,000.00 | FA |
| 2 | Household Goods and furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Cell Phone (u) | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Bank Account-Checking | 450.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 160.00 | 0.00 | | 0.00 | FA |
| **7** | **Assets Totals (Excluding unknown values)** | **$172,226.00** | **$66,000.00** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Pursuing sale of Debtor's ownership interest in real estate.

**Current Projected Date Of Final Report (TFR):**   04/30/2018          **Initial Projected Date Of Final Report (TFR):**   12/31/2017

**UST Form 101-7-TFR (5/1/2011)**

**Form 2**

Exhibit B

Page: 1

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-15422 | |
| **Case Name:** | Sanchez, Marie Del Carmen | |
| **Taxpayer ID #:** | **-***7085 | |
| **For Period Ending:** | 03/16/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Norman B. Newman (330270) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******0600 Checking | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/13/17 | {1} | Belinda Sanchez | Debtor's estate's right, title and interest in Real Estate | 1210-000 | 9,000.00 | | 9,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,990.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.49 | 8,977.51 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.20 | 8,963.31 |
| 02/14/18 | 101 | International Sureties, Ltd. | 016073584; Term: 2/1/8 to 2/1/19 | 2300-000 | | 2.13 | 8,961.18 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.03 | 8,949.15 |

|  |  | Deposit | Disbursement | Account Balance |
|---|---|---|---|---|
| **COLUMN TOTALS** | | 9,000.00 | 50.85 | $8,949.15 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 9,000.00 | 50.85 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $9,000.00 | $50.85 | |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**                                    *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

**Case No.:** 17-15422

**Case Name:** Sanchez, Marie Del Carmen

**Taxpayer ID #:** **-***7085

**For Period Ending:** 03/16/2018

**Trustee Name:** Norman B. Newman (330270)

**Bank Name:** Rabobank, N.A.

**Account #:** ******0600 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0600 Checking | $9,000.00 | $50.85 | $8,949.15 |
| | $9,000.00 | $50.85 | $8,949.15 |

Page: 1

# Exhibit C

## Analysis of Claims Register

**Case: 17-15422**                                    **MARIE D. SANCHEZ**

Claims Bar Date: 02/16/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| MS-E | MUCH P.C. SHELIST 191 N. Wacker Drive Suite 1800 Chicago, IL 60606 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 200 | Administrative 03/14/18 | | $203.50 $203.50 | $0.00 | $203.50 |
| MS-F | MUCH P.C. SHELIST 191 N. Wacker Drive Suite 1800 Chicago, IL 60606 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 03/14/18 | | $4,714.00 $4,714.00 | $0.00 | $4,714.00 |
| NBN | Norman B. Newman 191 N. Wacker Dr. Suite 1800 Chicago, IL 60606 <2100-000 Trustee Compensation> , 200 | Administrative | | $1,385.37 $1,385.37 | $0.00 | $1,385.37 |
| SURPL US | Sanchez, Marie Del Carmen 3359 W. 64th Street Chicago, IL 60629 <8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)> , 650 | Unsecured 03/14/18 | | $0.00 $2,646.28 | $0.00 | $2,646.28 |
| | | | **Case Total:** | | **$0.00** | **$8,949.15** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-15422
Case Name: MARIE D. SANCHEZ
Trustee Name: Norman B. Newman

**Balance on hand:**     $                    8,949.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $           0.00
Remaining balance:     $      8,949.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 1,385.37 | 0.00 | 1,385.37 |
| Attorney for Trustee Fees - MUCH P.C. SHELIST | 4,714.00 | 0.00 | 4,714.00 |
| Attorney for Trustee, Expenses - MUCH P.C. SHELIST | 203.50 | 0.00 | 203.50 |

Total to be paid for chapter 7 administrative expenses:     $      6,302.87
Remaining balance:     $      2,646.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:     $           0.00
Remaining balance:     $      2,646.28

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $         0.00
Remaining balance:                       $     2,646.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims:    $         0.00
Remaining balance:                                       $     2,646.28

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:    $         0.00
Remaining balance:                                              $     2,646.28

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:  $              0.00

Remaining balance:  $          2,646.28

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.11% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $2,646.28.

**UST Form 101-7-TFR(5/1/2011)**