UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-15422 |
| MARIA DEL CARMEN SANCHEZ, | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date:  Tuesday, April 24, 2018 |
| Debtor. | ) | @ 10:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, April 24, 2018** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Jack B. Schmetterer or any other Judge sitting in his stead, in **Courtroom 682**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's Attorneys for the Allowance of Final Compensation and Reimbursement of Expenses** and shall seek entry of an order in accordance therewith.

Norman B. Newman, Trustee for the bankruptcy estate
of Maria Del Carmen Sanchez

By:  /s/Norman B. Newman
        One of His Attorneys

Norman B. Newman, ARDC No. 2045427
Jeffrey M Schwartz, ARDC No. 6209982
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 3, 2018, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-15422 |
| MARIA DEL CARMEN SANCHEZ, | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date:  Tuesday, April 24, 2018 |
| Debtor. | ) | at 10:30 a.m. |

## APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
## ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually

but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections

330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final

compensation and reimbursement of expenses for services rendered during the period October 6,

2017 through March 16, 2018.  In support of this Application, Much Shelist respectfully states as

follows:

1.      On May 18, 2017, Maria De Carmen Sanchez (the "Debtor") filed a voluntary

petition for relief under Chapter 7 of the United States Bankruptcy Code.  The Trustee was

subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2.      On October 17, 2017, this Court entered an Order authorizing the Trustee to

employ Much Shelist as his attorneys in this case.  This application includes legal services

rendered by the Trustee.  Mr. Newman has taken care to distinguish his legal services from his

Trustee services.  Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee

services.  Much Shelist is not seeking compensation for those services listed on Exhibit "A".

3.      Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist

has no agreement with any person or firm whatsoever with regard to its compensation in this

case.  To date, Much Shelist has received no amounts whatsoever for services it has rendered in this case.

4.      Much Shelist provided 7.40 hours of services on behalf of the Trustee during the time period covered by this application.  The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.80 hrs. | $655.00/hr. | $1,179.00 |
| Jeffrey M. Schwartz | 4.90 hrs. | $600.00/hr. | $2,940.00 |
| Jeffrey L. Gansberg | .80 hrs. | $450.00/hr. | $360.00 |
|  |  |  |  |
| **Paralegal** |  |  |  |
| Maribeth Robinson | 1.00 hrs. |  | $235.00 |
|  |  |  |  |
| **TOTAL** | **7.40** |  | **$4,714.00** |

5.      Attached hereto as Exhibit "B" is a statement of legal services rendered.  The services are listed chronologically and are separated by activity.  Certain time entries could have been listed under a different activity, but there is no duplication of time entries.  The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code.  This application complies with the standards enunciated in _In re Continental Securities Litigation_, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

6.      At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner.  Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

7.      During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

8736769_1

A. **General Administration (Tab B-1)**: A total of 1.90 hours of time was expended by Much Shelist on general administrative matters. Testimony at the Section 341 meeting revealed that Debtor might have an interest in real estate located at 3359 W. 64th Street, Chicago, Illinois, (the "Real Estate"). Much Shelist attorneys prepared pleadings and attended a hearing on the Trustee's Motion to Extend Deadline to File Complaint Objecting to Discharge. This extension allowed the Trustee additional time to complete his investigation into the Debtor's interest in the Real Estate.

The individual who provided services in connection with the General Administration and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Jeffrey M. Schwartz | 1.90 hrs. | $600.00/hr. | $1,140.00 |
| | | | |
| **TOTAL:** | **1.90 hrs.** | | **$1,140.00** |

B. **Employment of Professionals (Tab B-2)**: A total of 1.70 hours of time was expended by Much Shelist with the preparation of pleadings and an appearance in Court on the Trustee's Motion to Employ Attorneys. The individual who provided services in connection with the Employment of Professionals and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Jeffrey M. Schwartz | 1.70 hrs. | $600.00/hr. | $1,020.00 |
| | | | |
| **TOTAL:** | **1.70 hrs.** | | **$1,020.00** |

C. **Disposition of Assets (Tab B-3)**: A total of 3.80 hours of time was expended by Much Shelist in connection with the disposition of the Real Estate which is the only asset of the Debtor's estate. Time was spent communicating with the Trustee about preparing a motion to sell the Trustee's right, title and interest in the Real Estate and appearing in Court on same. Time was also spent on the preparation of a Trustee's Deed.

3

The individuals who provided services in connection with the Disposition of Assets and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .70 hrs. | $655.00/hr. | $458.50 |
| Jeffrey M. Schwartz | 1.30 hrs, | $600.00/hr. | $780.00 |
| Jeffrey L. Gansberg | .80 hrs. | $450.00/hr. | $360.00 |
| | | | |
| **Paralegal** | | | |
| Maribeth Robinson | 1.00 hrs. | $235.00/hr. | $235.00 |
| | | | |
| **TOTAL:** | **3.80 hrs.** | | **$1,833.50** |

     **D.**    **Fee Applications (Tab B-4)**:  Norman Newman expended 1.10 hrs. dealing with the preparation of this fee application.

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.10 hrs. | $655.00 | $720.50 |
| | | | |
| **TOTAL:** | **1.10 hrs.** | | **$720.50** |

     8.     During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $203.50.  Attached hereto as Exhibit C" is an itemization of Much Shelist's out-of-pocket expenses.  Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

     9.     The services rendered by Much Shelist as the Trustee's attorn"ey have resulted in a benefit to the Trustee and to this estate.  By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.

     **WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

8736769_1

1.      Granting this Application and awarding Much Shelist final compensation in the amount of 4,714.00 plus reimbursement of out-of-pocket expenses in the amount of $203.50 for services rendered during the period October 6, 2017 through March 16, 2018.

2.      Authorizing the Trustee to pay Much Shelist the compensation awarded forthwith as a Chapter 7 expense of administration of this estate; and

3.      Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**


By: /s/ Norman B. Newman
        One of Its Attorneys


Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

8736769_1

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-15422 |
| MARIA DEL CARMEN SANCHEZ, | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: Tuesday, April 24, 2018 |
| Debtor. | ) | @ 10:00 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant:                                Much Shelist, P.C.

Authorized to provide professional services to:       Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:            October 17, 2017

Period for which compensation is sought:          October 6, 2017through March 16, 2018

Amount of fees sought:                           $4,714.00

Amount of expense reimbursement sought:          $203.50

Retainer previously received:                     $0.00

This is a(n):             Interim Application  ___        Final Application  X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

   The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:  4/3/18                              **MUCH SHELIST, P.C.**

                                           By:  /s/Norman B. Newman

6

8736769_1