UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-15422 |
| MARIA DEL CARMEN SANCHEZ, | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: Tuesday, April 24, 2018 |
| Debtor. | ) | @ 10:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, April 24, 2018** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Jack B. Schmetterer or any other Judge sitting in his stead, in **Courtroom 682**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses** and shall seek entry of an order in accordance therewith.

Norman B. Newman, Trustee for the bankruptcy estate
of Maria Del Carmen Sanchez

By: /s/Norman B. Newman
       One of His Attorneys

Norman B. Newman, ARDC No. 2045427
Jeffrey M Schwartz, ARDC No. 6209982
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 3, 2018, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

8743972_1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Sanchez, Marie Del Carmen | ) | Case No. 17-15422-JS |
| | ) | |
| | ) | Hon. Jack Schmetterer |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE JACK SCHMETTERER

NOW COMES Norman B. Newman, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,385.37 as compensation and $0.00 for reimbursement of expenses, $$0.00 amount of which has previously been paid.

I.   COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $6,353.72. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ | 5,000 | = | $1,250.00 |
| 10% on next | $ | 45,000 | = | $135.37 |
| 5% on next | $ | 950,000 | = | $0.00 |
| 3% on balance over | $ | 1,000,000 | = | $0.00 |
| TOTAL COMPENSATION | | | = | $1,385.37 |

II.  TRUSTEE'S EXPENSES

TOTAL EXPENSES:  .00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: April 3, 2018

/s/ Norman B. Newman
Norman B. Newman, Trustee
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606

8743972_1