UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-15422 |
| MARIA DEL CARMEN SANCHEZ, | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date:  Tuesday, April 24, 2018 |
| Debtor. | ) | @ 10:30 a.m. |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 3, 2018, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois on the following individuals:

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Maria Del Carmen Sanchez
3359 W. 64th Street
Chicago, IL 60629

/s/ Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

8789308_1